## THE MARKS LAW FIRM, P.C.

December 30, 2019

**Via: ECF**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-6-2020_

**RE:** **Altaune Brown v. Wayco Realty Inc. et al**
Docket: 1:19-cv-08124-JGK

Dear Judge Koeltl,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 7, 2020.

Defendants were served through the Secretary of State on September 30, 2019. As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendants. If Defendants fail to contact Plaintiff, appear, answer or otherwise move, Plaintiff will move for Default. This is the second request of its kind.

We thank you and the Court for its time and consideration on this matter.

*TIME TO SERVE DEFENDANTS*
*EXTENDED TO FEBRUARY 10,*
*2020. CONFERENCE ADJOURNED*
*TO MONDAY, MARCH 23, 2020,*
*AT 4:30PM.*

*SO ORDERED.*

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

*1/6/20   USDJ*

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com