April 6, 2020

**Via ECF**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

> The case is stayed. The time to respond to the complaint is May 22, 2020. The initial conference is adjourned to May 28, 2020 at 4:30 P.M.
> So ordered.  /s/ John G. Koeltl
> New York, NY  John G. Koeltl
> April 6, 2020  U.S.D.J.

RE:     **Altaune Brown v. Wayco Realty Inc. et al**
         Docket: 1:19-cv-8124-JGK

Dear Judge Koeltl,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for April 13, 2020. Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a sixty (60) day stay of all deadlines and an adjournment of the initial conference. The Court may wish to note that this is undersigned counsel's first request to stay this matter.

Thank you for your consideration of this unexpected, but essential, request.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:  _____
        Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com