```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ALTAUNE BROWN,

                Plaintiff,         19-cv-8124 (JGK)

    - against -              <u>ORDER</u>

WAYCO REALTY INC., ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The May 28, 2020 conference is canceled. The parties should submit a Rule 26(f) report by **June 5, 2020.**

**SO ORDERED.**

Dated:    **New York, New York**
            **May 20, 2020**           /s/ John G. Koeltl
                                                **John G. Koeltl**
                                          **United States District Judge**