**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**ALTAUNE BROWN,**

                **Plaintiff,**        19-cv-8124 (JGK)

     - against -                <u>ORDER</u>

**WAYCO REALTY INC., ET AL.,**

                **Defendants.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The time to submit the Rule 26(f) report is extended to **July 31, 2020.** If the parties do not submit the report by that date, the case may be dismissed for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 21, 2020**                /s/ John G. Koeltl
                                                **John G. Koeltl**
                                       **United States District Judge**